

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

**Justine Flanagan**  
Acting Clerk of Court

Tel: 618.482.9371  
Fax: 618.482.9383

**OFFICE OF THE CLERK**  
**301 WEST MAIN STREET**  
**BENTON, ILLINOIS 62812**

May 23, 2018

Zachary Chesser, 76715-083  
FLORENCE HIGH USP  
PO Box 7500  
Florence, CO 81226

Re:         Chesser v. Rivas et al  
Case No.    13-cv-00456-JPG

Dear Mr. Chesser:

The judgment in this case became final more than 30 days ago. Please notify the Court by U.S mail within 30 days of receipt of this letter if you want the following exhibits returned to you:

**Exhibits from August 14, 2017 Bench Trial**

Notice is hereby given to you pursuant to Local Rule 79.1(b) that these exhibits may be destroyed or otherwise disposed of unless arrangements are made within 30 days to remove these exhibits from the clerk's office.

*s/ Tina Gray*  
Deputy Clerk

EX-01  
Rev. 04/12